UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MYLES TROTTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-1872 |
| v. | ) |
| | ) |
| AUREL BOROD and | ) |
| Z TRANS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, Aurel Borod and Z Trans, Inc., by counsel and pursuant to 28 U.S.C. §1332 hereby file their Notice of Removal of the captioned matter to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Montgomery Superior Court 1, Crawfordsville, Indiana, and respectfully state as follows:

1. Aurel Borod and Z Trans, Inc. are defendants in a personal injury action now pending in the Montgomery Superior Court 1 under Cause No. 54D01-2208-CT-000762.

2. Plaintiff filed his Complaint in the Montgomery Superior Court 1 on August 25, 2022.

3. Defendant, Aurel Borod, was served with a copy of the Summons and Complaint on or about September 9, 2022 via certified mail.

4. Defendant, Z Trans, Inc., was served with a copy of the Summons and Complaint on or about August 31, 2022 via certified mail.

5. Plaintiff's Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

6. Plaintiff is a citizen of the State of Indiana.

7. Defendant Aurel Borod is a citizen of the state of Michigan.

8. Defendant Z Trans, Inc. is an active Michigan corporation with its principal place of business in the State of Michigan. Accordingly, Z Trans, Inc. is a citizen of the State of Michigan.

9. The controversy in this cause of action is entirely between citizens of different states.

10. While Plaintiff's Complaint seeks an unspecified amount of damages, it is believed that the amount of Plaintiff's damages being sought are more than $75,000.00. Therefore, the amount in controversy, exclusive of interest and costs, is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a).

11. Attached hereto as <u>Exhibit A</u> is a copy of the complete state court record, including the current State Court docket, Plaintiff's Complaint for Damages, Appearance for Plaintiff, Summons to Defendant Aurel Borod, Summons to Defendant Z Trans, Inc., Certificate of Issuance of Summons on Aurel Brood, Certificate of Issuance of Summons on Z Trans, Inc., Appearance for Defendants, and Motion for Enlargement of Time. These documents constitute all of the pleadings and process on file with the Montgomery Superior Court 1 as of the date of this filing of this Notice of Removal.

12. Attached hereto as <u>Exhibit B</u> is a copy of Plaintiff's Complaint for Damages filed on August 25, 2022.

13. Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiff and also file a copy with the Clerk of the Montgomery Superior Court 1

Respectfully submitted,

WHITTEN LAW OFFICE LLC

*s/Christopher R. Whitten*
Christopher R. Whitten/#20429-49
Jason J. Hoy/#20931-49
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on the 23rd day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to the following CM/ECF participants:

Brandon A. Yosha
YOSHA COOK & TISCH
9102 North Meridian Street, Suite 535
Indianapolis, IN 46260
byosha@yoshalaw.com

*s/Christopher R. Whitten*
Christopher R. Whitten

Christopher R. Whitten, Esq.
Jason J. Hoy, Esq.
WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
jhoy@indycounsel.com
cwhitten@indycounsel.com